UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RESULT MARKETING GROUP,
LTD.,

    Plaintiff,

v.                                                         CASE NO. 3:21-cv-611-TJC-JBT

SOUTHEASTERN GROCERS,
LLC, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Result Marketing Group, LTD's Motion to Quash Subpoena for Quotient Settlement Agreement ("Motion") (Doc. 112) and Defendants' Response thereto (Doc. 113). For the reasons stated herein, the Motion is due to be **DENIED**.

In short, the Court agrees with the reasoning of the court in *Kadiyala v. Pupke*, No. 17-80732-CIV-Marra/Matthewman, 2019 WL 3752654 (S.D. Fla. Aug. 8, 2019), and a number of other cases cited by Defendants. *See Northstar Moving Holding Co. v. King David Van Lines*, No. 19-62176-CIV-DIMITROULEAS/SNOW, 2021 WL 9794638 (S.D. Fla. Sept. 27, 2021); *Silver Streak Trailer Co., LLC v. Thor Industries, Inc.*, No. 18-14126-CIV-ROSENBERG/MAYNARD, 2018 WL 8367073 (S.D. Fla. Nov. 15, 2018); *Travelers Prop. Casualty Co. of Am. v. Charlotte Pipe & Foundry Co.*, No. 6:11-cv-19-Orl-28GJK, 2012 WL 13236896 (M.D. Fla. Jan. 10,

2012); *Jeld-Wen, Inc. v. Nebula Glass Int'l, Inc.,* No. 05-60860-CIV, 2007 WL 1526649 (S.D. Fla. May 22, 2007).

As the court stated in *Kadiyala*: "The settlement agreement and related documents are relevant to damages, and specifically relevant to setoff. The documents sought are relevant for impeachment purposes, and they are producible under Rule 26(b)(1).  Plaintiff has failed to show good cause or some other sound reason for prohibiting disclosure." *Kadiyala*, 2019 WL 3752654, at *3. That reasoning is largely applicable here.  The Court finds distinguishable and/or not persuasive the cases that Plaintiff cites to the contrary.  Finally, the Court finds no reason for an *in camera* review of the subject settlement agreement.

Accordingly, it is **ORDERED**:

The Motion (**Doc. 112**) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, on May 16, 2023.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record